Bruce K. Medeiros
DAVIDSON BACKMAN MEDEIROS PLLC
1550 Bank of America Financial Center
601 West Riverside Avenue
Spokane, Washington  99201
(509) 624-4600

Attorney for Global Credit Union

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| **ONI PARSONS** and **RYAN PARSONS**,<br><br>                              Plaintiff,<br><br>         v.<br><br>**HOW ADJUSTMENT SERVICE, INC.,**<br>and **GLOBAL CREDIT UNION**,<br><br>                    Defendants. | No. **CV-19-01762-MLP**<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR GLOBAL CREDIT UNION** |

TO:    The Clerk of the Court; and
TO:    Uni and Ryan Parsons, by and through your counsel Alexander B. Trueblood of Trueblood Law Firm

     PLEASE TAKE NOTICE that Bruce K. Medeiros, of Davidson Backman Medeiros PLLC does hereby enter his appearances as counsel of record for Defendant Global Credit Union.  All pleadings and papers herein (except process) should be served upon counsel as follows:

Bruce K. Medeiros
Davidson Backman Medeiros, PLLC
601 West Riverside Avenue, Suite 1550
Spokane, Washington 99201

     unless served upon him through the CM/EFC system.

Page 1
Notice of Appearance
Global/Parsons/WIP.sa

DAVIDSON BACKMAN MEDEIROS
ATTORNEYS AT LAW
A PROFESSIONAL LIMITED LIABILITY COMPANY

1550 BANK OF AMERICA FINANCIAL CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
FACSIMILE: (509) 623-1660
(509) 624-4600

1      DATED this 20th day of November 2019.

2                   DAVIDSON BACKMAN MEDEIROS PLLC

3

4                   */s/ Bruce K. Medeiros*
                  Bruce K. Medeiros, WSBA No. 16380

5                   *Attorney for Defendant Global Credit Union*

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 2
Notice of Appearance
Global/Parsons/WIP.sa

DAVIDSON  BACKMAN  MEDEIROS
ATTORNEYS AT LAW
A PROFESSIONAL LIMITED LIABILITY COMPANY

1550 BANK OF AMERICA FINANCIAL CENTER
601 WEST RIVERSIDE AVENUE
SPOKANE, WASHINGTON 99201
FACSIMILE: (509) 623-1660
(509) 624-4600